UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOT JAMES McPHEE,

        Petitioner,

   v.

RANDEL STECKEL,

        Respondent.

Case No. C07-5668RJB

ORDER OF DISMISSAL

This matter comes before the court on the Report and Recommendation of Chief Magistrate Judge J. Kelley Arnold (Dkt. 5). No objections have been filed to the Report and Recommendation. It appears that petitioner has not exhausted tribal court remedies before filing this federal habeas corpus action, as is required by the law. Therefore, it is now ORDERED as follows:

(1) the Report and Recommendation of the Magistrate Judge (Dkt. 5) is adopted and approved;

(2) this matter is dismissed; and

(3) all pending motions are denied as moot.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 12th day of February, 2008.

*(signature)*
ROBERT J. BRYAN
United States District Judge

ORDER
Page - 1